# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIEGO GALLO CASTILLO,**<br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON, in his official capacity as warden of the Federal Detention Center, Philadelphia, *et al.*,**<br>*Respondents.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 26-7801** |

## ORDER

**AND NOW**, this 14th day of October 2026, upon consideration of Petitioner's *petition for writ of a habeas corpus*, (ECF 1), it is hereby **ORDERED** that:

1. The Clerk of Court shall forward a copy electronically of the petition, (ECF 1), this Order, and the Clerk's office acceptance of service form to the Chief, Civil Division, at the Philadelphia United States Attorney's Office;
2. Respondents shall formally file by ***October 16, 2026,*** an expediated response to the petition, along with its exhibits, copies of all relevant documents, and an index of exhibits. The answer shall provide the statutory authority for Petitioner's detainment, *see* 28 U.S.C. § 2243, the related legal analysis, and record evidence supporting the asserted statutory basis for the detention. The response shall also address whether a bond hearing is required;
3. Respondents are to serve Petitioner's counsel with a certified response;
4. Respondents ***shall not*** move or remove Petitioner outside of City of Philadelphia or the Philadelphia Federal Detention Center during the pendency of this matter.[1] Any such movement of Petitioner will be deemed a violation of this Order; and
5. Any request by the parties to modify this Order shall be made by motion.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Petitioner filed this petition for *habeas corpus* on October 10, 2026, (ECF 1), with an attachment titled "Emergency Motion for Temporary Restraining Order and Order to Show Cause", (ECF 1-4). The Court does not construe this attached document as a motion because Petitioner did not properly move for a temporary restraining order in accordance with the Federal Rules of Civil Procedure and the Local Rule of Civil Procedure 7.1.